UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

               Plaintiff,

        -against-

ACTING FAMILY COUT JUDGE KEITH
CORNELL; THE LEGAL AID SOCIETY OF
ROCKLAND COUNTY,

               Defendants.

21-CV-9553 (LTS)

CIVIL JUDGMENT

By order issued May 16, 2022, the Court (1) dismissed Plaintiff's claims against Acting Family Court Judge Keith Cornell under the doctrine of judicial immunity; (2) dismissed Plaintiff's claims against the Legal Aid Society of Rockland County because this Defendant is a private party; and (3) denied Plaintiff's request to have this Court intervene in the family court proceedings, as barred by the Anti-Injunction Act and the domestic relations abstention doctrine. The Court did, however, grant Plaintiff thirty days' leave to allege facts that state a claim for relief against proper defendants in an amended complaint. Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii), and as barred by the Anti-Injunction Act and the domestic relations abstention doctrine.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 6, 2022
          New York, New York

                         /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge